Eric A. Grover, Esq. (SBN 136080)
**KELLER GROVER LLP**
425 Second Street, Suite 500
San Francisco, California 94107
Tel: (415) 543-1305, Fax (415) 543-7681
eagrover@kellergrover.com

Mark R. Thierman, Esq. (SBN 72913)
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, Nevada  89511
Tel: (775) 284-1500, Fax (775) 703-5027
laborlawyer@pacbell.net

Scott A. Miller, Esq. (SBN 230322)
**LAW OFFICES OF SCOTT A. MILLER, A.P.C.**
16133 Ventura Blvd., Suite 1200
Encino, California 91436
Tel: (818) 788-8081, Fax (818) 788-8080
millaw@sbcglobal.net

Steven L. Miller, Esq. (SBN 106023)
**STEVEN L. MILLER, PLC**
16133 Ventura Blvd., Suite 1200
Encino, California 91436
Tel. (818) 986-8900, Fax (818) 990-7900
stevenlmiller@sbcglobal.net

Attorneys for Plaintiff
Zachary Hile

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY HILE, on behalf of himself and all others similarly situated, ) | Case No.:  C 07-0791 JSW |
| ) | CLASS ACTION |
| Plaintiff, ) | |
| ) | **STIPULATION AND** |
| v. ) | **[PROPOSED] ORDER** |
| ) | **EXTENDING CASE** |
| BUTH-NA-BODHAIGE, INC. ) | **MANAGEMENT DEADLINES** |
| ) | |
| Defendant. ) | |

1  Plaintiff Zachary Hile ("Plaintiff"), individually and on behalf of all others
2  similarly situated, and Defendant Buth-Na-Bodhaige, Inc. ("Defendant"), by and
3  through their respective counsel of record, hereby stipulate as follows and mutually
4  request the Court approve said Stipulation and enter an order in accordance herewith.

**STIPULATION**

6  WHEREAS, Plaintiff filed and attempted to serve the original complaint but later
7  learned that the complaint did not list the correct name of the defendant;

8  WHEREAS, the parties agreed that Plaintiff would prepare and file an amended
9  complaint correcting the name of the defendant and eliminating all references to
10 injunctive relief;

11 WHEREAS, counsel further agreed that Defendant would accept service of the
12 amended complaint by mail;

13 WHEREAS, the amended complaint was filed on April 20, 2007 and Defendant
14 executed the waiver of service by mail form;

15 WHEREAS, the Case Management Conference in this action is currently set for
16 May 25, 2007;

17 WHEREAS, the parties request that the Case Management Conference and
18 related deadlines be continued until a date after August, 10, 2007;

19 WHEREAS, the parties recognize that this Court has the power to exercise
20 reasonable control over all proceedings connected with the litigation to ensure the
21 orderly and economic administration of justice; and

22 WHEREAS, the parties further agree that the foregoing requested extensions are
23 not solely for the purposes of delay, but so that the parties may proceed in a timely and
24 efficient manner.

25 / / /
26
27 / / /
28

1  IT IS HEREBY STIPULATED BY THE PARTIES THROUGH THEIR RESPECTIVE
2  COUNSEL OF RECORD THAT:
3      1.   Defendant shall file a responsive pleading to the First Amended
4  Complaint by no later than July 25, 2007.
5      2.   The initial Case Management Conference presently set for May 25, 2007
6  at 1:30 p.m. is rescheduled for August 17, 2007 at 1:30 p.m. or some other date selected
7  by the Court that is after August 10, 2007.
8      3.   The parties shall have up until 14 days before the new CMC date to meet
9  and confer regarding the Joint Case Management Statement, initial disclosures, ADR
10 process selection, a discovery plan and to file a Joint ADR Certification form.
11     4.   The parties shall file a Joint Case Management Statement no later than
12 five court days before the CMC.
13     5.   The parties shall complete their initial disclosures no later than five court
14 days before the CMC.

15 Dated:  May 18, 2007           **KELLER GROVER LLP**

16                                By : _____/s/_____
17                                      ERIC A. GROVER

18                                **KELLER GROVER LLP**
                                   425 Second Street, Suite 500
19                                 San Francisco, CA 94107
                                   Tel: (415) 543-1305; Fax (415) 543-7681
20                                 eagrover@kellergrover.com
                                   Attorneys for Plaintiff

21 Dated:  May 18, 2007           **KAYE SCHOLER LLP**

22                                By : _____/s/_____
23                                      KATE S. GOLD

24                                Kate S. Gold, Esq.
                                   **KAYE SCHOLER LLP**
25                                 1999 Avenue of the Stars, Suite 1600
                                   Los Angeles, California  90067
26                                 Tel: (310) 788-1236; Fax (310) 229-1936
                                   kgold@kayescholer.com
27                                 Attorneys for Defendant

28
                                            2
STIP STIP AND [PROP] ORDER EXT CASE MGMT DEADLINES            C 07-0791 JSW

**ORDER**

GOOD CAUSE APPEARING THEREFORE,

1. Defendant shall file a responsive pleading to the First Amended Complaint by no later than July 25, 2007.

2. The initial Case Management Conference presently set for May 25, 2007 at 1:30 p.m. is rescheduled for August 17, 2007 at 1:30 p.m.

3. The parties shall have up until 14 days before the new CMC date to meet and confer regarding the Joint Case Management Statement, initial disclosures, ADR process selection, a discovery plan and to file a Joint ADR Certification form.

4. The parties shall file a Joint Case Management Statement no later than five court days before the CMC.

5. The parties shall complete their initial disclosures no later than five court days before the CMC.

IT IS SO ORDERED.

Dated: May 21, 2007

_____
The Honorable Jeffrey S. White
United States District Judge