KAYE SCHOLER LLP

1  ERIC A. GROVER, SBN 136080
   **KELLER GROVER LLP**
2  425 Second Street, Suite 500
   San Francisco, CA 94107
3  Telephone: (415) 543-1305
   Fax: (415) 543-7861
4
5  Attorney for Plaintiff Zachary Hile

6  KATE S. GOLD, No. 156117
   **KAYE SCHOLER LLP**
7  1999 Avenue of the Stars, Suite 1700
   Los Angeles, California 90067-6048
8  Telephone: (310) 788-1000
   Fax: (310) 788-1200
9
   Attorney for Defendant and Third-Party
10 Plaintiff Buth-Na-Bodhaige, Inc.

11 BRETT M. SCHUMAN, SBN 189247
   **MORGAN, LEWIS & BOCKIUS LLP**
12 One Market Street, Spear Street Tower
   San Francisco, CA 94105
13 Telephone: (415) 442-1024
   Fax: (415) 442-1001
14
   Attorney for Third-party Defendants
15 SAP Canada, Inc. and Triversity Corporation

16                UNITED STATES DISTRICT COURT
17                NORTHERN DISTRICT OF CALIFORNIA

18
19 ZACHARY HILE, on behalf of           ) CASE NO. C 07 0791 JSW
   himself and all others similarly    )
20 situated,                            ) **STIPULATION AND PROPOSED ORDER**
                                        ) **RESCHEDULING ORAL ARGUMENT**
21         Plaintiff,                   ) **ON MOTION TO DISMISS THIRD-**
                                        ) **PARTY COMPLAINT**
22      v.                              )
                                        )
23 BUTH-NA-BODHAIGE, INC.,              )
                                        )
24         Defendant.                   )
                                        )
25 _____  )
                                        )
26 BUTH-NA-BODHAIGE, INC.,              )
                                        )
27         Third-Party Plaintiff,       )
                                        )
28      v.                              )
                                        )
   SAP CANADA, INC. an Ontario, Canada  )
   corporation; TRIVERSITY CORPORATION, a )

13122661_V2.WPD

1  Pennsylvania corporation; and ROES 1 through )
2  10, inclusive, )
   )
3              Third-Party Defendants. )
   _____)

4

5     Third-party Defendants SAP Canada, Inc. and Triversity Corporation have moved to dismiss
6  the Third-party Complaint, and argument on that motion is currently set for 9:00 a.m. on November
7  2, 2007. All parties in the case, through their respective counsel, hereby agree to reschedule the
8  hearing date from November 2 to November 16, at 9:00 a.m. This requested change will not
9  otherwise impact the schedule in this case.

10 Dated:  October 23, 2007              **KELLER GROVER LLP**

11                                       By: /s/ Eric A. Grover
                                              ERIC A. GROVER

12                                       **KELLER GROVER LLP**
13                                       425 Second Street, Suite 500
                                         San Francisco, CA 94107
14                                       Telephone: (415) 543-1305
                                         Fax: (415) 543-7861
15                                       Attorneys for Plaintiff

16                                       **KAYE SCHOLER LLP**

17                                       By: /s/ Kate S. Gold
                                              KATE S. GOLD
18
                                         **KAYE SCHOLER LLP**
19                                       1999 Avenue of the Stars, Suite 1700
                                         Los Angeles, CA 90067-6048
20                                       Telephone: (310) 788-1000
                                         Fax: (310) 788-1200
21                                       Attorneys for Defendant and Third-Party
                                         Plaintiff Buth-Na-Bodhaige, Inc.
22
                                         **MORGAN, LEWIS & BOCKIUS LLP**
23
                                         By: /s/ Brett M. Schuman
24                                            BRETT M. SCHUMAN

25                                       **MORGAN, LEWIS & BOCKIUS LLP**
                                         One Market Street, Spear Street Tower
26                                       San Francisco, CA 94105
                                         Telephone: (415) 442-1024
27                                       Fax: (415) 442-1001
                                         Attorney for Third-party Defendants
28                                       SAP Canada, Inc. and Triversity Corporation

**ORDER**

GOOD CAUSE APPEARING THEREFORE,

1. Oral argument on the Motion to Dismiss the Third-party Complaint set for November 2, 2007 at 9:00 a.m. is rescheduled for <u>November 16, 2007</u> at 9:00 a.m.

IT IS SO ORDERED.

Dated:  October <u>25</u>, 2007

_____
The Honorable Jeffrey S. White
United States District Judge

13122661_V2.WPD