**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY HILE,<br><br>    Plaintiff,<br><br>  v.<br><br>BUTH-NA-BODHAIGE, INC.,<br><br>    Defendant.<br>_____ /<br><br>BUTH-NA-BODHAIGE, INC.,<br><br>    Third-Party Plaintiff,<br><br>  v.<br><br>SAP CANADA, INC., an Ontario Canada Corporation; TRIVERSITY CORPORATION, a Pennsylvania corporation; and ROES 1 through 10, inclusive,<br><br>    Third-Party Defendants.<br>_____ / | No. C 07-00791 JSW<br><br>**NOTICE OF TENTATIVE RULING AND QUESTIONS FOR HEARING** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE OF THE FOLLOWING TENTATIVE RULING AND QUESTIONS FOR THE HEARING SCHEDULED ON NOVEMBER 16, 2007, AT 9:00 A.M.:

The Court has reviewed the parties' memoranda of points and authorities and, thus, does not wish to hear the parties reargue matters addressed in those pleadings. If the parties intend to rely on legal authorities not cited in their briefs, they are ORDERED to notify the Court and opposing counsel of these authorities reasonably in advance of the hearing and to make copies

available at the hearing.  If the parties submit such additional authorities, they are ORDERED to submit the citations to the authorities only, without argument or additional briefing.  *Cf.* N.D. Civil Local Rule 7-3(d).  The parties will be given the opportunity at oral argument to explain their reliance on such authority.

The Court **tentatively GRANTS Defendants' Motion to Dismiss Third-Party Complaint.  Each party shall have ten minutes to answer the following questions.**

1. Relying on *Docksider, Ltd. v. Sea Technology, Ltd.*, 875 F.2d 762 (9th Cir. 1989), Defendants contend that use of the word "solely" should have the same effect as specifying England and Wales as the only venue for disputes.  *See* Reply Br. at 5.
    a. What is Buth-Na's best argument that use of the word "solely" does not render the forum selection clause mandatory and enforceable?
2. Are there any other issues the parties wish to address?

Dated: November 15, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE