| | |
|---|---|
| 1 | Eric A. Grover, Esq. (SBN 136080)<br>**KELLER GROVER LLP** |
| 2 | 425 Second Street, Suite 500<br>San Francisco, California 94107 |
| 3 | Tel: (415) 543-1305, Fax (415) 543-7681<br>eagrover@kellergrover.com |
| 4 | |
| 5 | Attorneys for Plaintiff<br>Zachary Hile |
| 6 | |
| 7 | Kerry Alan Scanlon (*Pro Hac Vice*)<br>**KAYE SCHOLER LLP** |
| 8 | 901 15th Street N.W., Suite 1100<br>Washington, D.C. 20005 |
| 9 | Tel. (202) 682-3500; Fax (202) 682.3580<br>kscanlon@kayescholer.com |
| 10 | Kate S. Gold (SBN 156117)<br>**KAYE SCHOLER LLP** |
| 11 | 1999 Ave. of the Stars, 17th Fl.<br>Los Angeles, CA 90067 |
| 12 | Tel. (310) 788-1000; Fax (310) 788-1200<br>kgold@kayescholer.com |
| 13 | |
| 14 | Attorneys for Defendant<br>Buth-Na-Bodhaige, Inc. |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ZACHARY HILE, on behalf of himself and all others similarly situated, | ) ) ) | Case No.: C 07-00791 JSW |
| | ) | CLASS ACTION |
| Plaintiff, | ) ) | |
| v. | ) ) | **STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ACTION** |
| BUTH-NA-BODHAIGE, INC. | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

_____
STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ACTION
07-00791 JSW

Please take notice that, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, Plaintiff Zachary Hile and Defendant Buth-Na-Bodhaige, Inc., by and through their respective counsel, hereby stipulate to the dismissal with prejudice of this action against Defendant.

Each side to bear its own costs and fees.

**IT IS SO STIPULATED.**

DATED: June 30, 2008                **KELLER GROVER LLP**

By: _____/s/_____
ERIC A. GROVER

*Attorneys for Plaintiff*
*Zachary Hile*

DATED: June 30, 2008                **KAYE SCHOLER LLP**

By: _____/s/_____
KERRY ALAN SCANLON

*Attorneys for Defendant*
*BUTH-NA-BODHAIGE, INC.*

-1-

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ACTION
07-00791 JSW

1 **ORDER**

2    Upon the Stipulation of the parties pursuant to Rule 41(a)(1) of the Federal Rules
3 of Civil Procedure, the Court hereby dismisses this action WITH PREJUDICE.  Each
4 side to bear its own costs and fees.

5

6 **IT IS SO ORDERED.**

7

8

9 Dated: July 1, 2008                              /s/ Jeffrey S. White
10                                          Honorable Jeffrey S. White
                                             United States District Judge

-2-
STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ACTION
07-00791 JSW